United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Blair and Imeldine Blair , <br><br> Plaintiff, <br><br> v. <br><br> State Farm General Insurance, et al. , <br><br> Defendant. | Case No. 3:26-cv-00929-TSH <br><br> **MOTION TO SUBSTITUTE LAW FIRM;  ORDER** |

On behalf of (party name) Lance Blair and Imeldine Blair , the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Gregory J. Korbel and John F. Kazanovicz II of Miller, Morton, Caillat & Nevis, LLP

Name(s) of counsel withdrawing from representation and firm name:

Christopher J. Hersey and Payal Kishore Chhabria of Ventura Hersey & Muller, LLP

Date: February 26, 2026

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date:  February 27, 2026

_____
UNITED STATES MAGISTRATE JUDGE