GREGORY J. KORBEL, ESQ., SBN 224026
*gjk@millermorton.com*
JOHN F. KAZANOVICZ, ESQ., SBN 267862
*jfk@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
2077 Gateway Place, Suite 220
San Jose, California   95110
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

Attorneys for Plaintiffs
Lance Blair and Imeldine Blair

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Blair and Imeldine Blair, | Case No.: 26-cv-00929-TSH |
| Plaintiffs, | **STIPULATION TO STAY MATTER AND** [PROPOSED] **ORDER** |
| vs. | |
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1-20, | Hon. Thomas S. Hixson. |
| Defendants. | |

The parties to this action Plaintiffs Lance Blair and Imeldine Blair ("Plaintiffs") and Defendant State Farm General Insurance Company ("State Farm"), by and through their respective attorneys of record, hereby stipulate and seek an Order as follows:

1. This action is an insurance coverage dispute ("Coverage action") involving the rights of Plaintiffs and the nature and extent of State Farm's obligation to provide coverage for property damage at Plaintiffs' residence located at 3840 Cesar Chavez Street in San Francisco, California ("Property") due to construction undertaken by Plaintiffs' neighbor, Alfonso Bazurto ("Bazurto").

2. Plaintiffs have filed suit against Bazurto and Bazurto's contractor, Camacho Concrete & Flatwork ("Camacho"), in San Francisco Superior Court, Case No. CGC-25-627605 to recover damages caused by their construction activities ("State Court Action").

MILLER, MORTON, CAILLAT & NEVIS, LLP
2077 Gateway Place, Suite 220
San Jose, CA 95110
Telephone:  (408) 292-1765

1

STIPULATION TO STAY MATTER AND [PROPOSED] ORDER -          CASE NO. 26-CV-00929-TSH

3.  This Coverage Action involves issues related to the State Court Action and is potentially moot if, for example, Plaintiffs are made whole by the recovery of damages in the State Court Action.

4.  The State Court Action was filed on July 23, 2025.  There is currently no Trial Date set. Discovery in the State Court Case is ongoing and action.  Experts have not yet been designated nor deposed.

5.  The Coverage Action Parties agree information that will be forthcoming from discovery and the trial of the State Court Action, but not yet available for dispositive motions, potentially may result in conflicting outcomes in the Coverage Action and possible re-litigation of issues heard in motions for summary judgment or partial summary judgment and trial in the Coverage Action.

6.  Information generated in the State Court Action also may influence the parties in terms of a compromise of issues remaining in the Coverage Action.

7.  The parties to this Coverage Action stipulate and agree to a stay of the Coverage Action and vacating of all dates currently set forth proceeding in the Coverage Action. The Stay shall remain in effect until 30 days after the State Court Action is finally resolved. The parties shall then meet and confer on a new scheduling plan in the Coverage Action, if necessary, and apply to this Court to implement said schedule.

**SO STIPULATED.**

Dated:  April 1, 2026                          MILLER, MORTON, CAILLAT & NEVIS, LLP

                                               By:  _/s/ Gregory J. Korbel_
                                                    GREGORY J. KORBEL
                                                    JOHN F. KAZANOVICZ
                                                    Attorneys for Plaintiffs
                                                    Lance Blair and Imeldine Blair

//

//

MILLER, MORTON, CAILLAT & NEVIS, LLP
2077 Gateway Place, Suite 220
San Jose, CA 95110
Telephone:  (408) 292-1765

STIPULATION TO STAY MATTER AND [PROPOSED] ORDER -        CASE NO. 26-CV-00929-TSH

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, [insert opposing attorney's name], attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

Dated:  April 1, 2026                    ROPERS MAJESKI PC


                                         By:  /s/ *Todd A. Roberts*
                                         TODD A. ROBERTS
                                         Attorneys for Defendant State Farm General
                                         Insurance Company


**~~[PROPOSED]~~ ORDER**

The Court, having reviewed the Parties' Stipulation, and Good Cause Appearing, hereby stays this Coverage Action and vacates all currently pending dates in that action.  The parties shall advise the Court of the resolution of the State Court Action within 30 day of that resolution and shall provide the Court at that time with a new scheduling plan for this Coverage Action.

**SO ORDERED.**


DATED: April 2, 2026

                                         _____
                                         United States Magistrate Judge

1077816.1

MILLER, MORTON, CAILLAT & NEVIS, LLP
2077 Gateway Place, Suite 220
San Jose, CA 95110
Telephone:  (408) 292-1765

STIPULATION TO STAY MATTER AND ~~[PROPOSED]~~ ORDER -          CASE NO. 26-CV-00929-TSH